**Order filed May 26, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00280-CV
_____

**JEANENE THOMAS, Appellant**

**V.**

**BONNER CARRINGTON, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-33669**

---

## O R D E R

The notice of appeal in this case was filed April 20, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 6, 2022.** *See* Tex. R. App. P. 5. The appeal is subject to being dismissed if appellant fails to timely pay the filing fee in accordance with this order.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.